PENACHIO MALARA LLP
245 Main Street-Suite 450
White Plains, NY 10601
(914) 946-2889

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

In re:                                                    CHAPTER 11

NORTH STATE ASSOCIATES,                                   Case No.: 17-23846 (rdd)

                                Debtors.
------------------------------------X

## AFFIDAVIT OF SERVICE

**I, JENNIFER RAGGO**, under penalties of perjury, duly sworn, set forth as follows:

1. On October 31, 2018, I caused to be served, by First Class Mail, a true copy of the "Notice of Hearing on Application of the Debtor to (i) expunge claim numbered 2 of Mary DeAngelis and claim numbered 3 of the Estate of Peter DeAngelis; or (ii) estimating such claims at "0" by placing such document in a sealed, postage paid envelope and depositing them in the care of the United States Post Office at a depository located within the State of New York, City of White Plains on:

   1. Mary DeAngelis
      c/o The Law Offices of Robert J. Nahoum, P.C.
      48 Burd Street, Suite 300
      Nyack, NY 10960

   2. The Estate of Peter DeAngelis
      c/o The Law Offices of Robert J. Nahoum, P.C.
      48 Burd Street, Suite 300
      Nyack, NY 10960

   3. Office of the United States Trustee
      U.S. Federal Office Building
      201 Varick Street, Room 1006
      New York, NY 10014

Dated: White Plains, NY
       October 31, 2018
                                                          _____
                                                          Jennifer Raggo