UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NORTH STATE ASSOCIATES | CASE NO: 17-23846<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 49 |

On 5/21/2020, I did cause a copy of the following documents, described below,

Notice of Hearing on Amended Motion to Expunge Claims numbered 2 of Mary DeAngelis and numbered 3 of the Estate of Peter DeAngelis or estimating such claims at 0 ECF Docket Reference No. 49

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/21/2020

/s/ Anne Penachio
Anne Penachio
Penachio Malara, LLP
245 Main Street, Suite 450
White Plains, NY 10601
914 946 2889

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NORTH STATE ASSOCIATES | CASE NO: 17-23846 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 49 |

On 5/21/2020, a copy of the following documents, described below,

Notice of Hearing on Amended Motion to Expunge Claims numbered 2 of Mary DeAngelis and numbered 3 of the Estate of Peter DeAngelis or estimating such claims at 0 ECF Docket Reference No. 49

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/21/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Anne Penachio
Penachio Malara, LLP
245 Main Street, Suite 450
White Plains, NY  10601

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 02087<br>CASE 17-23846-RDD<br>SOUTHERN DISTRICT OF NEW YORK<br>WHITE PLAINS<br>WED MAY 20 15-57-58 EDT 2020 | NORTH STATE ASSOCIATES<br>4 MAPLE STREET<br>ELMSFORD NY 10523-3722 | NORTHEAST BANK<br>CO WINDELS MARX LANE MITTENDORF LLP<br>156 WEST 56TH STREET<br>ATTN- RODMAN E HONECKER ESQ<br>NEW YORK NY 10019-3800 |

| UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>US FEDERAL OFFICE BUILDING<br>201 VARICK STREET ROOM 1006<br>NEW YORK NY 10014-7016 | ~~EXCLUDE~~<br>~~WHITE PLAINS DIVISION~~<br>~~300 QUARROPAS STREET~~<br>~~WHITE PLAINS NY 10601-4140~~ | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

| ESTATE OF PETER DEANGELIS<br>CO ROBERT J NAHOUM ESQ<br>48 BURD STREET SUITE 300<br>NYACK NY 10960-3226 | FLORENCE HALE<br>4 MAPLE STREET<br>ELMSFORD NY 10523-3722 | MARY DEANGELIS<br>CO THE LAW OFFICES OF<br>ROBERT J NAHOUM PC<br>48 BURD STREET SUITE 300<br>NYACK NY 10960-3226 |

| MATTHEW I HENZI<br>25800 NORTHWESTERN HWY<br>SUITE 1000<br>SOUTHFIELD MI 48075-8412 | NYS DEPT OF TAXATION AND FINANCE<br>BUILDING 9<br>WA HARRIMAN STATE CAMPUS<br>ALBANY NY 12227-0001 | NORTHEAST BANK<br>WINDELS MARX LANE MITTENDORF LLP<br>120 ALBANY STREET PLAZA<br>6TH FLOOR<br>NEW BRUNSWICK NJ 08901-2126 |

| OKEEFE CONDOMINIUM<br>581 NORTH STATE ROAD<br>BRIARCLIFF MANOR NY 10510-1556 | ROBERT J NAHOUM PC<br>ATTORNEYS FOR MARY DEANGELIS<br>48 BURD STREET SUITE 300<br>NYACK NEW YORK 10960-3226 | ROBERT HALE<br>4 MAPLE STREET<br>ELMSFORD NY 10523-3722 |

| SHEET METAL WORKERS FRINGE FUNDS OF LOCAL UN<br>25800 NORTHWESTERN HWY<br>SUITE 1000<br>SOUTHFIELD MI 48075-8412 | SULLIVAN WARD ASHER PATTON PC<br>ATTORNEYS FOR SHEET METAL WORKERS<br>FRINGE FUNDS OF LOCAL UNION 38<br>25800 NORTHWESTERN HWY SUITE 1000<br>SOUTHFIELD MICHIGAN 48075-8412 | THE ESTATE OF PETER DEANGELIS<br>CO THE LAW OFFICES OF<br>ROBERT J NAHOUM PC<br>48 BURD STREET SUITE 300<br>NYACK NY 10960-3226 |

| WINDELS MARX LANE MITTENDORF LLP<br>ATTORNEYS FOR NORTHEAST BANK<br>156 WEST 56TH STREET<br>NEW YORK NEW YORK 10019-3800 | ~~EXCLUDE~~<br>~~ANNE J PENACHIO~~<br>~~PENACHIO MALARA LLP~~<br>~~245 MAIN STREET~~<br>~~SUITE 450~~<br>~~WHITE PLAINS NY 10601-2430~~ | |