**North State Associates**
**Ch. 11 Case No.: 17-23846 (rdd)**

## Project Summary Billing

| | | |
|---|---|---|
| Closing/related issues | 27 | $11,325.00 |
| Plan | 15 | $7,495.00 |
| Claims | 15 | $7,495.00 |
| General | 12.10 | $2,693.50 |
| Total: | 69.10 | $29,008.50 |