PENACHIO MALARA LLP
Counsel for the Debtor
245 Main Street, Suite 450
White Plains, New York 10601
(914) 946-2889

Anne Penachio, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re                                              CHAPTER 11

NORTH STATE ASSOCIATES,              CASE NO.: 17-23846(rdd)

                    Debtor.
------------------------------------X

## CERTIFICATION PURSUANT TO SOUTHERN DISTRICT COURT GUIDELINES

**ANNE PENACHIO**, as counsel for the above-captioned debtor (the "Debtor"), submits the attached application for final compensation, dated November 19, 2020 (the "Application") and hereby certifies under penalty of perjury as follows

1. I am a member of the law firm Penachio Malara, LLP.

2. I have read the Application in full.

3. To the best of my knowledge, information and belief, formed after reasonable inquiry, the Application complies with the guidelines (the "Guidelines") provided in the Administrative Order on Fees and Disbursements promulgated by the Office of the United States Trustee, effective July 1, 1991 and as amended thereafter.

4. To the best of my knowledge, information and belief, formed after reasonable inquiry, the fees and disbursements (the "Compensation") sought in the Application fall within the Guidelines with respect to all Compensation requested for services rendered.

5. The Compensation is billed at rates and in accordance with the practices customarily employed by me and generally accepted by my bankruptcy and non-bankruptcy clients.

6. The Applicant has provided the Debtor with a statement of fees and disbursements.

7. The United States Trustee has been provided with a copy of the Application.

Dated: White Plains, New York
November 19, 2020

                                      **PENACHIO MALARA LLP**

                                      By:/s/ Anne Penachio
                                          Anne Penachio
                                          245 Main Street, Suite 450
                                          White Plains, NY 10601
                                          (914) 946-2889